IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TYRECE THOMAS,<br><br>                    Defendant. | 8:23CR190<br><br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 56), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Joseph S. Risko, 17525 Arbor Street, Omaha, NE 68130, (402) 934-5500, is appointed to represent Tyrece Thomas for the balance of these proceedings pursuant to the Criminal Justice Act. The Federal Public Defender shall forthwith provide Joseph S. Risko any discovery materials provided to the defendant by the government and any such other materials obtained by the Federal Public Defender which are material to Tyrece Thomas's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Joseph S. Risko.

DATED this 8th day of August, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge